March 19, 1971.

M. P. No. 1366. DANIEL H. MARZILLI *v.* SUPERIOR COURT. Habeas corpus petition assigned to March 24, 1971 at 9:30 a.m. for hearing on the question of bail and Warden of A.C.I. directed to bring petitioner before the Supreme Court and to attend said hearing. Roberts, C.J., and Paolino, J., did not participate. *Dennis J. Roberts II, Carmine A. Rao, Harold I. Kessler,* for petitioner. *Richard J. Israel,* Attorney General, *Robert L. De-Costa,* Special Asst. Attorney General, for respondent.